THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR SHABAZZ, Appellant.

Submitted September 10, 2012; decided September 13, 2012

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th

Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.